```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 00043
    EDNA M LAWHORN
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-8619


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/02/2008 and was not confirmed.

     The case was dismissed without confirmation 06/04/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
 PEOPLES GAS LIGHT & COKE  UNSECURED            727.49           .00           .00
 POPULAR MORTGAGE SERVICI  CURRENT MORTG           .00           .00           .00
 POPULAR MORTGAGE SERVICI  MORTGAGE ARRE      35560.16           .00           .00
 SPRINT PCS                UNSECURED          NOT FILED          .00           .00
 AT&T CREDIT MANAGEMENT C  UNSECURED          NOT FILED          .00           .00
 CAPITAL ONE               UNSECURED          NOT FILED          .00           .00
 LVNV FUNDING LLC          UNSECURED            578.57           .00           .00
 FIRST NATIONAL BANK       UNSECURED          NOT FILED          .00           .00
 GINNYS                    UNSECURED            146.83           .00           .00
 ECAST SETTLEMENT CORP     UNSECURED            843.74           .00           .00
 HSBC RS                   UNSECURED          NOT FILED          .00           .00
 MIDNIGHT VELVET           UNSECURED            147.61           .00           .00
 MONROE & MAIN             UNSECURED            138.40           .00           .00
 JEFFERSON CAPITAL SYSTEM  UNSECURED           1147.00           .00           .00
 SEVENTH AVENUE            UNSECURED            386.50           .00           .00
 SWISS COLONY              UNSECURED             96.41           .00           .00
 GMAC                      SECURED VEHIC          .00           .00           .00
 GMAC                      UNSECURED          14584.68           .00           .00
 JAQUEESE DURRETT          NOTICE ONLY       NOT FILED          .00           .00
 STEPHEN LAWHORN           NOTICE ONLY       NOT FILED          .00           .00
 BENNIE W FERNANDEZ        DEBTOR ATTY        2,873.00                       692.23
 TOM VAUGHN                TRUSTEE                                            60.19
 DEBTOR REFUND             REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE               752.42

 PRIORITY                                        .00
 SECURED                                         .00
 UNSECURED                                       .00
 ADMINISTRATIVE                                692.23
 TRUSTEE COMPENSATION                           60.19

                  PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 00043 EDNA M LAWHORN
```

```
DEBTOR REFUND                                                         .00
                                        ---------------   ---------------
TOTALS                                           752.42            752.42
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
Dated: 09/24/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```